# EXHIBIT A



**Invoice Audit Services**

P.O. Box 559
Moon Twp., PA 15108

1-877-309-7515

6/4/2012

0000003770

GINA LEONE
61 GEORGIAN LN APT A2
BUFFALO, NY 14221-2184

| Date of Service | 1/19/2012 |
|---|---|
| Original Invoice # | 1012527035 |
| Account # | 208620-173856 |
| Amount Due Now | $87.36 |

**Regarding your bill with**



Quest Diagnostics

Dear GINA LEONE,

Invoice Audit Services has been retained by Quest Diagnostics as a courtesy in regards to your outstanding balance. At the request of Quest Diagnostics, Invoice Audit Services has performed an audit and verified that there is a balance of $87.36 **still open on your account**.

These charges are for laboratory services provided by Quest Diagnostics at the request of your physician. These charges are separate from the physician fees. The claim was submitted to your insurance carrier and the amount due is your responsibility per their determination.

Quest Diagnostics takes great care in making sure no account is sent to a third party without allowing its patients to have every opportunity to understand the charges and resolve their account. Should you believe there has been a billing or insurance error, you may contact Invoice Audit Services to verify the charges or to have additional insurance information processed.

Please remit your payment using the enclosed envelope and bottom portion of the letter. If you cannot pay the bill in full, please contact Invoice Audit Services. We are more than willing to set up a payment arrangement or discuss alternative payment options.

Thank you very much for your prompt attention to this matter.

Invoice Audit Services on behalf of Quest Diagnostics

---

PLEASE DETACH AND MAIL THIS PORTION WITH YOUR PAYMENT

| CARD NUMBER | 3 DIGIT CODE | AMOUNT PAID |
|---|---|---|
| SIGNATURE | | EXP. DATE |
| NAME | | DATE |
| ACCOUNT NUMBER | | AMOUNT DUE |
| 208620-173856 | | $87.36 |

MASTERCARD / DISCOVER / VISA

**You may pay your bill...**

☎ By Phone at **877-309-7515**

✉ By Mail at the remit address below



**Invoice Audit Services**

P.O. Box 559
Moon Twp., PA 15108

I1

# EXHIBIT B



**Invoice Audit Services**

P.O. Box 559
Moon Twp., PA 15108

1-877-309-7515

6/4/2012

0000003769

GINA LEONE
61 GEORGIAN LN APT A2
BUFFALO, NY  14221-2184

| | |
|---|---|
| Date of Service | 11/26/2011 |
| Original Invoice # | 1011861648 |
| Account # | 208619-173856 |
| Amount Due Now | $11.48 |

**Regarding your bill with**



Quest Diagnostics

---

Dear GINA LEONE,

Invoice Audit Services has been retained by Quest Diagnostics as a courtesy in regards to your outstanding balance. At the request of Quest Diagnostics, Invoice Audit Services has performed an audit and verified that there is a balance of $11.48 **still open on your account**.

These charges are for laboratory services provided by Quest Diagnostics at the request of your physician. These charges are separate from the physician fees. The claim was submitted to your insurance carrier and the amount due is your responsibility per their determination.

Quest Diagnostics takes great care in making sure no account is sent to a third party without allowing its patients to have every opportunity to understand the charges and resolve their account. Should you believe there has been a billing or insurance error, you may contact Invoice Audit Services to verify the charges or to have additional insurance information processed.

Please remit your payment using the enclosed envelope and bottom portion of the letter. If you cannot pay the bill in full, please contact Invoice Audit Services. We are more than willing to set up a payment arrangement or discuss alternative payment options.

Thank you very much for your prompt attention to this matter.

Invoice Audit Services on behalf of Quest Diagnostics

---

PLEASE DETACH AND MAIL THIS PORTION WITH YOUR PAYMENT

| CARD NUMBER | 3 DIGIT CODE | AMOUNT PAID |
|---|---|---|
| | | |

□ MASTERCARD   □ DISCOVER   □ VISA

| SIGNATURE | EXP. DATE |
|---|---|
| | |

| NAME | DATE |
|---|---|
| | |

| ACCOUNT NUMBER | AMOUNT DUE |
|---|---|
| 208619-173856 | $11.48 |

**You may pay your bill...**

☏ By Phone at **877-309-7515**

✉ By Mail at the remit address below



**Invoice Audit Services**

P.O. Box 559
Moon Twp., PA 15108

I1

# Exhibit C

**Quest Diagnostics**

Do not use address below:
P.O. Box 7302
Hollister, MO 65673-7302

AV 01 003457 99403B 14 A**5DGT

717216   PGH 1012527035
CYRUS CHUBINEH
61A GEORGIAN LN APT 2
BUFFALO, NY 14221-2184

## Laboratory Invoice
Page 1 of 1

*For services not included in your physician's bill*

| Invoice Date: | Amount Due: | Due Date: |
|---|---|---|
| Jun. 04, 2012 | $87.36 | Jun. 19, 2012 |

| Invoice Number | Lab Code | Bill Code |
|---|---|---|
| 1012527035 | PGH | |

Patient Name: GINA LEONE
Responsible Party: CYRUS CHUBINEH
Date of Service: January 19, 2012

**Lab Results and Diagnosis Questions Must Be Answered By Your Physician.**


**Customer Service**
LOG ON NOW at www.QuestDiagnostics.com/bill to conveniently pay your invoice, provide updated insurance information, or take a patient survey.


**Phone**               **Fax**
1-800-837-3177          1-412-920-7980
Weekdays 9AM - 4:00PM EST
Please have your invoice available for reference. To check your current balance, check your last payment amount, or pay your balance by credit card 24 hours a day, please call 1-877-287-8155.
*Please have your invoice available for reference.*

### Laboratory Tests Were Requested By:
Referring Physician: JOSEPH J. TORRE, M.D.
Physician Address: BLDG B SUITE 208
WILLIAMSVILLE, NY 14221

### Most Recent Insurance Claim Filed To:
Insurance Name: AETNA POINT OF SERVI
Insurance ID: 821445390
Group Number: 811380

These charges are for laboratory services ordered by the referring physician listed. If payment is not received by the due date, we will utilize insurance information we may have on file to submit a claim for payment. If insurance information was previously provided, then we have already billed your insurance and received a rejection or denial for payment. If you have questions please, contact your insurance carrier. Thank you for using Quest Diagnostics.

| Date | CPT Code* | Test Description | Charge | Insurance Discount | Insurance Paid | Medicare/ Medicaid Paid | Patient Paid | Patient Owes |
|---|---|---|---|---|---|---|---|---|
| 01/19/12 | 36415 | VENOUS SPECIMEN COLLECTION | $11.20 | | | | | |
| 01/19/12 | 80048 | BASIC METABOLIC PANEL | $67.20 | | | | | |
| 01/19/12 | 82627 | DHEA SULFATE | $194.50 | | | | | |
| 01/19/12 | 83498 | 17-OH-PROGESTERONE,LC/MS/MS | $187.80 | | | | | |
| Tax ID: 22-3137283 ICD-9 Codes: 704.1,255.2 | | | $460.70 | ($373.34) | | | | $87.36 |

Services Performed by: QUEST DIAGNOSTICS PITTSBURGH,PA
Services Performed by: QUEST DIAGNOSTICS SJC,CA
* The CPT codes provided are based on AMA guidelines and without regard to specific payor requirements

▲ Please fold and tear along perforation and remit with payment in the envelope provided. ▲


**Quest Diagnostics**

LOG ON NOW. Pay your bill online securely at
www.QuestDiagnostics.com/bill
or call 1-800-837-3177
Quest Diagnostics also accepts:

VISA  MasterCard    DISCOVER NETWORK

Please make checks payable to Quest Diagnostics.
Be sure to include invoice number on your check.

☐ Check here if address has changed.
Please provide your new address information on the back.
Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.

| | Lab Code: PGH |
|---|---|
| **Amount Due:** | **$87.36** |
| Due Date: Jun. 19, 2012 | Invoice Number: 1012527035 |
| Patient Name: GINA LEONE | |
| **Amount Enclosed:** | $ |

*If you received an explanation of benefits showing your responsibility is less than the amount shown on this bill, please pay the lesser amount. To fully resolve your invoice, please provide a copy of your explanation of benefits.*

**MAIL PAYMENTS ONLY TO:**
QUEST DIAGNOSTICS
PO BOX 71314
PHILADELPHIA, PA 19176-1314

01PIT33011012527035000087366060411421522036100000004

# Exhibit D

# Quest Diagnostics

**Laboratory Invoice**
For services not included in your physician's bill

Page 1 of 1

P.O. Box 7302
Hollister, MO 65673-7302
Do not use address below.

AV 01 003456 99403B 14 A**5DGT

717216    PGH 1011861648
CYRUS CHUBINEH
61A GEORGIAN LN APT 2
BUFFALO, NY 14221-2184

| Invoice Date: | Amount Due: | Due Date: |
|---|---|---|
| Jun. 04, 2012 | $11.48 | Jun. 19, 2012 |

| Invoice Number | Lab Code | Bill Code |
|---|---|---|
| 1011861648 | PGH | |

Patient Name: GINA LEONE
Responsible Party: CYRUS CHUBINEH
Date of Service: November 26, 2011

Lab Results and Diagnosis Questions Must Be Answered By Your Physician.


**Customer Service**
LOG ON NOW at www.QuestDiagnostics.com/bill to conveniently pay your invoice, provide updated insurance information, or take a patient survey.

## Laboratory Tests Were Requested By:

Referring Physician: JOSEPH J. TORRE, M.D.
Physician Address: BLDG B SUITE 208
WILLIAMSVILLE, NY 14221

## Most Recent Insurance Claim Filed To:

Insurance Name: AETNA POINT OF SERVI
Insurance ID: 821445390
Group Number: 811380


**Phone**            **Fax**
1-800-837-3177       1-412-920-7980
Weekdays 9AM - 4:00PM EST
Please have your invoice available for reference. To check your current balance, check your last payment amount, or pay your balance by credit card 24 hours a day, please call 1-877-287-8155.
*Please have your invoice available for reference.*

These charges are for laboratory services ordered by the referring physician listed. If payment is not received by the due date, we will utilize insurance information we may have on file to submit a claim for payment. If insurance information was previously provided, then we have already billed your insurance and received a rejection or denial for payment. If you have questions please, contact your insurance carrier. Thank you for using Quest Diagnostics.

| Date | CPT Code* | Test Description | Charge | Insurance Discount | Insurance Paid | Medicare/ Medicaid Paid | Patient Paid | Patient Owes |
|---|---|---|---|---|---|---|---|---|
| 11/26/11 | 82634 | 11-DEOXYCORTISOL,LC/MS/MS | $231.00 | | | | | |
| 12/31/11 | | PAID BY INSURANCE | | | ($45.94) | | | |
| Tax ID: 22-3137283   ICD-9 Codes: 255.2 | | | $231.00 | ($173.58) | ($45.94) | | | $11.48 |

Services Performed by: QUEST DIAGNOSTICS SJC,CA
* The CPT codes provided are based on AMA guidelines and without regard to specific payor requirements

▲ Please fold and tear along perforation and remit with payment in the envelope provided. ▲



LOG ON NOW. Pay your bill online securely at
www.QuestDiagnostics.com/bill
or call 1-800-837-3177
Quest Diagnostics also accepts:

  

Please make checks payable to Quest Diagnostics.
Be sure to include invoice number on your check.

☐ Check here if address has changed.
Please provide your new address information on the back.
*Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.*

Lab Code: PGH

| Amount Due: | $11.48 |
|---|---|
| Due Date: Jun. 19, 2012 | Invoice Number: 1011861648 |

Patient Name: GINA LEONE

| Amount Enclosed: | $ |
|---|---|

*If you received an explanation of benefits showing your responsibility is less than the amount shown on this bill, please pay the lesser amount. To fully resolve your invoice, please provide a copy of your explanation of benefits.*

**MAIL PAYMENTS ONLY TO:**

QUEST DIAGNOSTICS
PO BOX 71314
PHILADELPHIA, PA 19176-1314

01PIT330110118616480000114890604114215220361000000006