UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Gina Leone,                                                           Civil Action No.: 12cv0604

                Plaintiff,

    v.

Invoice Audit Services, Inc. and
Rickard Briggs,

                Defendant.
_____

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Gina Leone, pursuant to Rule 41(a)(1) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

                                                            /s/ Cyrus B. Chubineh
                                                           Cyrus B. Chubineh, Esq.
                                                                       P.O. Box 714
                                                               Getzville, NY 14068
                                                             chubineh@yahoo.com
                                                                     Tel: 716-864-0715

                                                             Attorney for Plaintiff

1